1  SEYFARTH SHAW LLP
   Peter E. Romo, Jr. (SBN 38925)
2  E-mail: promo@seyfarth.com
   Krista L. Mitzel (SBN 221002)
3  E-mail: kmitzel@seyfarth.com
   560 Mission Street, Suite 3100
4  San Francisco, California 94105
   Telephone: (415) 397-2823
5  Facsimile: (415) 397-8549

6  Attorneys for Defendant
   ALLSTATE LIFE INSURANCE COMPANY
7

8  LAW OFFICES OF HARRY M. REYNOLDS
   Harry M. Reynolds (SBN 064515)
9  106 S. Robinson Street
   Techapi, California  93561
10 Telephone: (661) 822-8200
   Facsimile: (661) 822-8343
11
   Attorney for Plaintiffs
12 HARRY M. REYNOLDS AND REBECCA J. REYNOLDS

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15 HARRY M. REYNOLDS AND REBECCA J. )   Case No. 1:05-CV-00874-REC-SMS
   REYNOLDS,                        )
16                                  )   **JOINT STIPULATION TO CONTINUE**
                                    )   **HEARING ON DEFENDANT'S**
17         Plaintiff,                )   **MOTION TO DISMISS PLAINTIFFS'**
                                    )   **COMPLAINT AND ORDER**
18     v.                           )
                                    )   Date:  August 22, 2005
19                                  )   Time:  1:30 p.m.
   ALLSTATE LIFE INSURANCE COMPANY, )   Dept.: 1
20 AND DOES 1 THROUGH 100, INCLUSIVE, ) Honorable Robert E. Coyle
                                    )
21                                  )
                                    )
22         Defendants.              )
                                    )
23 _____ )

24       Pursuant to Eastern District Local Rule 83-143, Defendant ALLSTATE LIFE

25 INSURANCE COMPANY ("Allstate") and Plaintiffs HARRY M. REYNOLDS and REBECCA

26 J. REYNOLDS ("Plaintiffs") respectfully submit this joint stipulation and request that this Court

27 continue the hearing on Defendant's Motion to Dismiss to allow Defendant the appropriate time

28 to file its Reply brief.

-1-
STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS/Case No. 1:05 CV 00874 REC SMS

PDF created with pdfFactory trial version www.pdffactory.com

1  Allstate filed a Motion to Dismiss Plaintiff's Complaint with this Court on July 13, 2005.
2  The hearing on Defendant's Motion to Dismiss is set for Monday, August 22, 2005 at 1:30 p.m.
3  in Department 1 before the Honorable Robert E. Coyle.

4  Pursuant to Eastern District Local Rule 78-230(c), Plaintiffs' Opposition to Defendant's
5  Motion to Dismiss, if electronically filed and served, was due seventeen (17) days prior to the
6  hearing date (Friday, August 5, 2005).  Plaintiffs' Opposition was not electronically filed until
7  Friday, August 12, 2005, at approximately 3:00 p.m, one-week late.  Defendant's Reply in
8  support of it's Motion to Dismiss is due Monday, August 15, 2005.

9  The parties have conferred and have agreed to stipulate to continue the hearing on
10  Defendant's Motion to Dismiss in order to allow Defendant the appropriate time to file its Reply
11  brief.  The parties respectfully request that the hearing on Defendant's Motion to Dismiss be
12  continued from Monday, August 22, 2005 to Monday, August 29, 2005 at 1:30 p.m., or as soon
13  thereafter as possible.  Defendant will file its Reply brief on Monday, August 22, 2005.

DATED: August 12, 2005                                SEYFARTH SHAW LLP


By
                            s/s
               Peter E. Romo, Jr.
               Krista L. Mitzel

Attorneys for Defendant
ALLSTATE LIFE INSURANCE COMPANY

DATED: August 12, 2005                                LAW OFFICES OF HARRY M. REYNOLDS


By
                            s/s
               Harry M. Reynolds

Attorneys for Plaintiffs
HARRY M. REYNOLDS AND REBECCA J. REYNOLDS

PDF created with pdfFactory trial version www.pdffactory.com

1 **<u>ORDER</u>**

2 TO THE PARTIES OF RECORD:

3 Having reviewed the Joint Stipulation to Continue the Hearing on Defendant's Motion to
4 Dismiss and [Proposed] Order and good cause showing;

5 THE COURT HEREBY ORDERS AS FOLLOWS:

6 1. The hearing on Defendant's Motion to Dismiss, currently scheduled for Monday,
7 August 22, 2005 at 1:30 p.m., is continued to Monday, August 29, 2005 at 1:30 p.m.

8 IT IS SO ORDERED.

9 DATED: ___August 15, 2005         /s/ ROBERT E. COYLE
                                    Judge Robert E. Coyle
10                                   United States District Court

PDF created with pdfFactory trial version www.pdffactory.com