08-26-05   10:59am   From-4153978549                    +4153978549        T-231   P.007/010   F-268

FILED

2005 AUG 29  P 3: 27

        COURT
        CALIF

BY_____

1 | SEYFARTH SHAW LLP
Peter E. Romo, Jr. (SBN 38925)
2 | E-mail: promo@scyfarth.com
Krista L. Mitzel (SBN 221002)
3 | E-mail: kmitzel@seyfarth.com
560 Mission Street, Suite 3100
4 | San Francisco, California 94105
Telephone: (415) 397-2823
5 | Facsimile: (415) 397-8549

6 | Attorneys for Defendant
ALLSTATE LIFE INSURANCE COMPANY
7 |

8 | LAW OFFICES OF HARRY M. REYNOLDS
Harry M. Reynolds (SBN 064515)
9 | 106 S. Robinson Street
Techapi, California  93561
10 | Telephone: (661) 822-8200
Facsimile: (661) 822-8343
11 |

Attorney for Plaintiffs
12 | HARRY M. REYNOLDS AND REBECCA J. REYNOLDS

13 |                UNITED STATES DISTRICT COURT

14 |              EASTERN DISTRICT OF CALIFORNIA

15 | HARRY M. REYNOLDS AND REBECCA J.   )   Case No. 1:05-CV-00874-REC-SMS
     REYNOLDS,                          )
16 |                                     )   JOINT STIPULATION TO WAIVE
                                         )   HEARING ON DEFENDANT'S
17 |              Plaintiff,             )   MOTION TO DISMISS PLAINTIFFS'
                                         )   COMPLAINT AND [PROPOSED]
18 |         v.                          )   ORDER
                                         )
19 |                                     )   Date:  August 29, 2005
     ALLSTATE LIFE INSURANCE COMPANY,   )   Time:  1:30 p.m.
20 | AND DOES 1 THROUGH 100, INCLUSIVE,  )   Dept.:  1
                                         )   Honorable Robert E. Coyle
21 |                                     )
                                         )
22 |              Defendants.            )
     _____  )
23 |

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

                                   -1-
STIPULATION TO WAIVE HEARING ON MOTION TO DISMISS/Case No. 1:05 CV 00874 REC SMS

1    Defendant ALLSTATE LIFE INSURANCE COMPANY ("Allstate") and Plaintiffs

2    HARRY M. REYNOLDS and REBECCA J. REYNOLDS ("Plaintiffs"), having reviewed the

3    moving papers regarding Allstate's Motion to Dismiss, respectfully waive their rights to oral

4    argument and agree to submit this matter on the pleadings.  Therefore, the parties jointly agree

5    and request that this court take the hearing on Allstate's Motion to Dismiss, scheduled for

6    Monday, August 29, 2005 at 1:30 p.m., off-calendar.

7    DATED: August 24, 2005                        SEYFARTH SHAW LLP

8

9                                                  By _____
                                                        Peter E. Romo, Jr.
10                                                      Krista L. Mitzel

11                                                 Attorneys for Defendant
                                                   ALLSTATE LIFE INSURANCE
12                                                 COMPANY

13   DATED: August 25, 2005                        LAW OFFICES OF HARRY M. REYNOLDS

14

15                                                 By _____
                                                        Harry M. Reynolds
16

17                                                 Attorneys for Plaintiffs
                                                   HARRY M. REYNOLDS AND REBECCA
18                                                 J. REYNOLDS

19

20

21

22

23

24

25

26

27

28

-2-

STIPULATION TO WAIVE HEARING ON MOTION TO DISMISS/Case No. 1:05 CV 00874 REC SMS

08-26-05    10:59am   From-4153978549                    +4153978549           T-231  P.008/010   F-268

1    Defendant ALLSTATE LIFE INSURANCE COMPANY ("Allstate") and Plaintiffs

2    HARRY M. REYNOLDS and REBECCA J. REYNOLDS ("Plaintiffs"), having reviewed the

3    moving papers regarding Allstate's Motion to Dismiss, respectfully waive their rights to oral

4    argument and agree to submit this matter on the pleadings. Therefore, the parties jointly agree

5    and request that this court take the hearing on Allstate's Motion to Dismiss, scheduled for

6    Monday, August 29, 2005 at 1:30 p.m., off-calendar.

7    DATED: August 25, 2005            SEYFARTH SHAW LLP

8

9                                      By _____

10                                          Peter E. Romo, Jr.
                                               Krista L. Mitzel

11                                      Attorneys for Defendant
                                         ALLSTATE LIFE INSURANCE

12                                      COMPANY

13    DATED: August 24, 2005            LAW OFFICES OF HARRY M. REYNOLDS

14

15                                      By _____
                                              Harry M. Reynolds

16

17                                      Attorneys for Plaintiffs
                                         HARRY M. REYNOLDS AND REBECCA
                                         J. REYNOLDS

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO WAIVE HEARING ON MOTION TO DISMISS/Case No. 1:05 CV 00874 REC SMS

1  **ORDER**

2  TO THE PARTIES OF RECORD:

3         Having reviewed the Joint Stipulation to Waive the Hearing on Defendant's Motion to

4  Dismiss and [Proposed] Order and good cause showing;

5         THE COURT HEREBY ORDERS AS FOLLOWS:

6         1.     The hearing on Allstate's Motion to Dismiss, currently scheduled for Monday,

7  August 29, 2005 at 1:30 p.m., is taken off-calendar.  The Court will decide Allstate's Motion to

8  Dismiss based on the pleadings submitted by the parties.

9         IT IS SO ORDERED.

10  DATED: _____, 2005           _____

11                                      Judge Robert E. Coyle
                                        United States District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

STIPULATION TO WAIVE HEARING ON MOTION TO DISMISS/Case No. 1:05 CV 00874 REC SMS
SF1 28218073.1