IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY M. REYNOLDS, et al.,<br><br>            Plaintiff,<br><br>     vs.<br><br>ALLSTATE LIFE INSURANCE CO.,<br>et al.,<br><br>            Defendant. | No. CV-F-05-874 REC/SMS<br><br>ORDER DIRECTING PLAINTIFFS<br>TO SHOW CAUSE WHY ACTION<br>SHOULD NOT BE DISMISSED<br>PURSUANT TO RULE 41(b),<br>FEDERAL RULES OF CIVIL<br>PROCEDURE |

    By Order filed on August 30, 2005, the court granted defendants' motion to dismiss the Complaint and directed plaintiffs to file a First Amended Complaint within 30 days. Plaintiffs have not complied with the Order.

    Defendants have filed a request for dismissal of this action pursuant to Rule 41(b), Federal Rules of Civil Procedure. Plaintiffs are hereby ordered to file a declaration(s) showing cause why this action should not be dismissed because of plaintiffs' failure to comply with the court's Order and failure

1

to prosecute this action.  Such declaration(s) shall be filed with the court on or before Monday, December 12, 2005.  Failure to timely comply will result in the dismissal of this action with prejudice.  All further proceedings will be by order of this court.

    IT IS SO ORDERED.

**Dated:  November 30, 2005**                 /s/ Robert E. Coyle
668554                                        UNITED STATES DISTRICT JUDGE