IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY M. REYNOLDS, et al.,            ) | No. CV-F-05-874 REC/SMS |
|                                       ) | |
|                                       ) | ORDER DIRECTING PLAINTIFFS |
|                                       ) | TO FILE FIRST AMENDED |
|            Plaintiff,                 ) | COMPLAINT ON OR BEFORE |
|                                       ) | THURSDAY, DECEMBER 22, 2005 |
|     vs.                               ) | |
|                                       ) | |
|                                       ) | |
| ALLSTATE LIFE INSURANCE               ) | |
| COMPANY, et al.,                      ) | |
|                                       ) | |
|                                       ) | |
|            Defendant.                 ) | |
|                                       ) | |

In response to the court's order to show cause why this action should not be dismissed pursuant to Rule 41(b), Federal Rules of Civil Procedure, because of plaintiffs' failure to file a First Amended Complaint within 30 days of the court's Order to do so filed on August 30, 2005. Plaintiff Harry M. Reynolds, who is a practicing attorney, avers that he did not comply with the court's Order because he has been suffering from "stress resulting in heart insufficiency at least partially as a result of being overloaded in his practice and, as such, was unable to

1

file a timely response." Plaintiffs request another 30 days within which to comply with the court's Order.

    While the court will grant an additional extension of time to file a First Amended Complaint, the extension will be until Thursday, December 22, 2005.

    The court will extend the time within which to file a First Amended Complaint to Thursday, December 22, 2005. Failure to timely comply will result in the dismissal of this action.

    IT IS SO ORDERED.

**Dated:  December 12, 2005**            /s/ Robert E. Coyle
668554                                    UNITED STATES DISTRICT JUDGE

2