1  SEYFARTH SHAW LLP
   Peter E. Romo, Jr. (SBN 38925)
2  E-mail: promo@seyfarth.com
   Krista L. Mitzel (SBN 221002)
3  E-mail: kmitzel@seyfarth.com
   560 Mission Street, Suite 3100
4  San Francisco, California 94105
   Telephone: (415) 397-2823
5  Facsimile: (415) 397-8549

6  Attorneys for Defendant
   ALLSTATE LIFE INSURANCE COMPANY
7

8

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY M. REYNOLDS AND REBECCA J. REYNOLDS, <br><br> Plaintiff, <br><br> v. <br><br> ALLSTATE LIFE INSURANCE COMPANY, AND DOES 1 THROUGH 100, INCLUSIVE, <br><br> Defendants. | Case No. 1:05-CV-00874-REC-SMS <br><br> **EX PARTE APPLICATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING AND ORDER** |

Pursuant to Local Rule 6-144(c), Defendant ALLSTATE LIFE INSURANCE COMPANY ("Allstate") submits this Ex Parte Application to Extend Time to File Responsive Pleading. Allstate requests that the time in which it may file a responsive pleading be extended from January 5, 2006 to February 6, 2006.

On December 16, 2005, Plaintiffs Harry M. Reynolds and Rebecca J. Reynolds filed a First Amended Complaint ("FAC") pursuant to this Court's order. Allstate's response to the FAC would be due on January 5, 2006. Local Rule 6-144(a) allows the parties to stipulate to a 30-day extension for a party to respond to a complaint, cross-claim or counterclaim. On Wednesday, December 21, 2005, Allstate contacted Plaintiff's counsel, Harry M. Reynolds, to

-1-
EX PARTE APPLICATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING/Case No. 1:05 CV 00874 REC SMS

PDF created with pdfFactory trial version www.pdffactory.com

1  request a joint stipulation to allow Allstate an extension to file its responsive pleading.  However,
2  on Thursday, December 22, 2005, it was discovered that Mr. Reynolds would not be in the office
3  as he was taking a vacation to Mexico.  Because of the holidays, it was not possible to submit a
4  joint stipulation.  Therefore, Allstate requests that this Court grant its request for an extension to
5  file its pleading in response to Plaintiff's First Amended Complaint from January 5, 2006 to
6  February 6, 2006..

7  DATED: December 27, 2005                                    SEYFARTH SHAW LLP

9                                                              By _____
10                                                                     Peter E. Romo, Jr.
                                                                       Krista L. Mitzel

11                                                              Attorneys for Defendant
                                                                ALLSTATE LIFE INSURANCE
12                                                              COMPANY

14                                          **ORDER**

15      IT IS HEREBY ORDERED that a responsive pleading in this matter will be filed by
16  Allstate no later than February 6, 2006.
17         IT IS SO ORDERED.
18  DATED: ___December 29, 2005           /s/ ROBERT E. COYLE
                                           Judge Robert E. Coyle
19                                         United States District Court

-2-
EX PARTE APPLICATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING/Case No. 1:05 CV 00874 REC SMS
SF1 28227069.1

PDF created with pdfFactory trial version www.pdffactory.com