# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNOLDS, | CASE NO. CV F 05-0874 AWI (NEW DJ LJO) LJO |
| Plaintiffs, | **ORDER TO SET MANDATORY SCHEDULING CONFERENCE** |
| vs. | Date:  March 22, 2007 |
| ALLSTATE LIFE INSURANCE, | Time:  8:30 a.m. |
| | Dept.:  8 (LJO) |
| Defendants. | |

On the basis of good cause, this Court:

1. **SETS the mandatory scheduling conference for March 22, 2007 at 8:30 a.m.** in Department 8 (LJO) of this Court. The parties are encouraged to appear at the mandatory scheduling conference by telephone by arranging a one-line conference call and then adding the Court at (559) 499-5680; and

2. **ORDERS the parties, no later than March 15, 2007, to file a Joint Scheduling Report** which shall include the information required by Exhibit A to the July 6, 2005 order which originally set the scheduling conference. The parties shall e-mail a copy of the Joint Scheduling Report as an attachment to ljoorders@caed.uscourts.gov and formatted in WordPerfect or Word.

IT IS SO ORDERED.

**Dated:   February 14, 2007**              /s/ Lawrence J. O'Neill

1

1  b9ed48                           UNITED STATES DISTRICT JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28