SEYFARTH SHAW LLP
Peter E. Romo, Jr. (SBN: 38925)
E-mail: promo@seyfarth.com
Krista L. Mitzel (SBN: 221002)
E-mail: kmitzel@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
ALLSTATE LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY M. REYNOLDS AND REBECCA J. REYNOLDS,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE LIFE INSURANCE COMPANY, AND DOES 1 THROUGH 100, INCLUSIVE<br><br>Defendant. | Case No. 1:05-CV-0874-LJO SMS<br><br>JOINT STIPULATION TO CONTINUE PRE-TRIAL DATES AND TRIAL DATE AND ORDER |

Pursuant to Eastern District Local Rule 83-143, Defendant ALLSTATE LIFE INSURANCE COMPANY ("Allstate") and Plaintiffs HARRY M. REYNOLDS and REBECCA J. REYNOLDS ("Plaintiffs") respectfully submit this joint stipulation and request that this Court continue the pre-trial deadlines and trial date.

Good cause exists to continue the pre-trial deadlines and trial date because Plaintiff Rebecca Reynolds has recently experienced health problems and cannot schedule depositions until February. Thus, the parties need additional time to complete depositions as the deadline is fast approaching. In addition, the parties desire to resolve this matter informally and are working diligently to informally settle this case. The parties stipulate to continue the pre-trial deadlines

and trial date so they may conduct necessary depositions, possibly settle the case, and not expend further resources until necessary.

Based on the court's scheduling order, the parties agree and stipulate to continue all dates as follows, or to dates convenient to this court:

| | |
|---|---|
| Nonexpert Discovery Cutoff: | January 18, 2008 to March 21, 2008 |
| Expert Discovery Cutoff: | February 22, 2008 to April 18, 2008 |
| Pretrial Motion Filing Deadline: | March 5, 2008 to May 7, 2008 |
| Settlement Conference: | None scheduled at this time. |
| Pretrial Conference: | April 30, 2008 to June 25, 2008 at 8:30 a.m. |
| Court Trial: | June 9, 2008 to August 6, 2008 at 9:00 a.m. |

IT IS SO STIPULATED.

DATED:  January ___, 2008          SEYFARTH SHAW LLP


By _____
     Peter E. Romo, Jr.
     Krista L. Mitzel

Attorneys for Defendant
ALLSTATE LIFE INSURANCE COMPANY

DATED:  January ___, 2008          LAW OFFICES OF HARRY M. REYNOLDS


By _____
     Harry M. Reynolds

Attorneys for Plaintiffs
HARRY M. REYNOLDS AND REBECCA J. REYNOLDS

# **ORDER**

Based on the parties' stipulation and good cause showing, the pre-trial dates and trial date in this matter are hereby continued as follows:

| | |
|---|---|
| Nonexpert Discovery Cutoff: | March 21, 2008 |
| Expert Discovery Cutoff: | April 18, 2008 |
| Pretrial Motion Filing Deadline: | May 7, 2008 |
| Settlement Conference: | None scheduled at this time. |
| Pretrial Conference: | June 25, 2008 at 8:30 a.m. |
| Court Trial: | August 6, 2008 at 9:00 a.m. |

IT IS SO ORDERED.

DATED: January 14, 2008         /s/ Lawrence J. O'Neill
                                Judge Lawrence E. O'Neill
                                United States District Court