SEYFARTH SHAW LLP
Peter E. Romo, Jr. (SBN: 38925)
E-mail: promo@seyfarth.com
Krista L. Mitzel (SBN: 221002)
E-mail: kmitzel@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
ALLSTATE LIFE INSURANCE COMPANY



**FILED**

APR 1 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY M. REYNOLDS AND REBECCA J. REYNOLDS<br><br>  Plaintiffs,<br><br>v.<br><br>ALLSTATE LIFE INSURANCE COMPANY, AND DOES I THROUGH 100, INCLUSIVE<br><br>  Defendant. | Case No. 1:05-CV-0874-AWI-LJO<br><br>**DEFENDANT ALLSTATE LIFE INSURANCE COMPANY'S REQUEST FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED AS FOLLOWS:

Defendant ALLSTATE LIFE INSURANCE COMPANY ("Allstate") and Plaintiffs HARRY M. REYNOLDS and REBECCA J. REYNOLDS ("Plaintiffs") have come to a settlement of this action.

IT IS HEREBY STIPULATED, by and between Allstate and Plaintiffs, by and through their respective attorneys of record, that this action, and all related actions, shall be dismissed with prejudice, each party to bear their own fees and costs.

IT IS SO STIPULATED.

DATED: March 2 8 2008                     SEYFARTH SHAW LLP

By _____
Peter E. Romo, Jr.
Krista L. Mitzel

Attorneys for Defendant
ALLSTATE LIFE INSURANCE
COMPANY

DATED: March 26, 2008                     LAW OFFICES OF HARRY M. REYNOLDS

By _____
Harry M. Reynolds

Attorneys for Plaintiffs
HARRY M. REYNOLDS AND REBECCA
J. REYNOLDS

## ORDER

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: March 31, 2008                     _____
Judge Laurence E. O'Neill
United States District Court